

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-13-00702-CR

Jose Luis **RODRIGUEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0547
Honorable Ron Rangel, Judge Presiding

# O R D E R

Appellant's brief was due March 3, 2014, but was not filed. The clerk of this court notified appellant's counsel of the deficiency by letter dated March 6, 2014. *See* TEX. R. APP. P. 38.8(b)(2). The letter required appellant to respond in writing within ten days, explaining why the brief has not been filed and demonstrating that counsel has taken affirmative steps to prepare and file the brief. The letter further advised counsel that if an adequate response was not timely filed, the court would abate the appeal for an abandonment hearing in the trial court. We received no response.

Accordingly, pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we ordered this appeal abated and remanded to the trial court. We ordered the trial court to conduct a hearing to determine:

(1) whether appellant desires to prosecute his appeal;

(2) whether appellant is indigent. If appellant is indigent, the trial court must take steps to ensure effective assistance of counsel, including the appointment of counsel, if necessary;

(3) if appellant is not indigent, whether appellant has made the necessary arrangements to file the brief, and when the brief will be filed; and

(4) whether retained counsel has abandoned the appeal. Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

Per our order, a hearing was held on April 10, 2014, and thereafter, the trial court made findings of fact and conclusions of law. We received a supplemental clerk's record containing those findings and conclusions, as well as a supplement reporter's record from the hearing. In its findings, which were signed on April 22, 2014, the trial court found appellant had not abandoned his appeal and counsel would file the brief with this court within thirty days.

Based on the trial court's findings, we **ORDER** the abatement lifted and the appeal reinstated. We **ORDER** appellant to file the brief in this court on or before May 22, 2014.

We **order** the clerk of this court to serve copies of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court